IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| DARRYL D. AGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:14-cv-99 |
| v. | ) | |
| | ) | |
| WESTHEIMER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Darryl D. Agler ("Mr. Agler") and Westheimer Corporation ("Westheimer") file this joint status report as ordered by the Court. See Docket No. 70.

**Settlement Status**

Mr. Agler and Westheimer have exchanged settlement offers, but the parties are currently at an impasse due to divergent valuations of this case. The parties will continue to work toward a settlement, but they remain prepared for trial.

**Settlement Conference**

The parties do not intend to seek a settlement conference with the Magistrate Judge at this point.

Respectfully submitted by:

*/Louis T. Perry/*
Louis T. Perry (#25736-49)
Amie Peele Carter (#19523-29)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-0300
louis.perry@FaegreBD.com
amie.peelecarter@FaegreBD.com

*Attorneys for Plaintiff, Darryl D. Agler*

Respectfully submitted by:

*/Brent Davis/*
Brent Davis
SCARINCI HOLLENBECK
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, New Jersey 070701
bdavis@sh-law.com

*Attorneys for Defendant, Westheimer Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 20, 2017, the foregoing document was filed with the Court via the Court's CM/ECF system, which sends a Notice of Electronic Filing to registered CM/ECF users. Pursuant to N.D. Ind. L.R. 5-2, this constitutes service on counsel of record, who are registered CM/ECF users.

*/s/ Louis T. Perry*